```
            IN THE UNITED 2ndSTATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| TARA LANESE GLASS, <br><br>             Plaintiff, <br><br>    v. <br><br> CAMDEN COUNTY CORRECTIONAL FACILITY, <br><br>             Defendant. | Civil Action <br> No. 16-6486 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

   Plaintiff Tara Lanese Glass seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-2.

   Plaintiff did not complete the application, leaving several pages blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

   An appropriate order follows.

| | |
|---|---|
| **November 2, 2016** | **s/ Jerome B. Simandle** |
| Date | JEROME B. SIMANDLE <br> Chief U.S. District Judge |